IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| KOCH TRUCKING, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:20-cv-2866 |
| | ) |
| AVALON & TAHOE MFG., INC. AND | ) |
| ROBERT E. WARNER, JR. | ) |
| | ) |
| Defendants. | ) |

# **DEFENDANTS' NOTICE OF REMOVAL**

Defendants, AVALON & TAHOE MFG., INC., AND ROBERT E. WARNER, JR., file notice of the removal of this cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Marion Superior Court 12 (Indiana), Cause No. 49D12-2010-PL-034459.  In support thereof, Defendants state:

1. Avalon & Tahoe, Mfg., Inc., and Robert E. Warner, Jr., are Defendants in an action now pending in the Marion Superior Court (Indiana) under Cause No. 49D12-2010-PL-034459.

2. Defendants file their Notice of Removal, pursuant to 28 U.S.C. § 1446.

3. Plaintiff, Koch Trucking, Inc., is a foreign for-profit corporation organized and existing under the laws of the State of Minnesota, with its principle place of business located at 4200 Dahlberg Dr., Suite 100, Minneapolis, Minnesota 55422.

4. Defendant, Avalon & Tahoe Mfg., Inc., is a Michigan corporation, and its principal place of business is in Michigan.  Avalon & Tahoe Mfg., Inc., was and is a citizen of the State of Michigan at all relevant times.

5. Defendant, Robert Warner, Jr., was and is a citizen of the State of Michigan, at all relevant times.

6. The Complaint brought by Plaintiff alleges that Michael Biggs, the driver for Koch Trucking, Inc., was operating a commercial tractor-trailer, transporting a Wellcraft Boat, on the ramp connecting I-69 southbound to I-465 southbound at mile marker 200.3 in Indianapolis, Indiana, when Robert Warner, Jr., was operating a tractor-trailer for Avalon & Tahoe Mfg., Inc., when he allegedly swerved from the ramp connecting I-69 southbound to I-465 westbound to the I-465 southbound ramp, striking the vehicle driven by Mr. Biggs. Plaintiff alleges that Defendant, Robert Warner, Jr., failed to change, alter or divert the course of his vehicle to avoid crossing into the direct path of the tractor-trailer driven by Michael Biggs, and failing to sound any warning signal restricting his speed or yielding the right-of-way, causing severe damage to the Wellcraft Boat. Plaintiff has indicated that the Boat was deemed a total loss after the accident. The Plaintiff's Complaint request a judgment against the Defendants in the principal sum of $100,000, together with cost of the action, pre-judgment interest, and all other just and proper relief. The undersigned counsel has a good faith belief that the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Defendants desire and consent to the removal of this cause from the state court to the United States District Court for the Southern District of Indiana, pursuant to 28 U.S.C. § 1332(a)(1) and § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(b), all Defendants consent and join in this removal, and Defendants have provided notice of the removal of this cause to the

Marion Superior Court (Indiana) in accordance with 28 U.S.C. § 1446(d).  *See Exhibit 1, State Court Record.*

9. Defendants submit herewith the State Court Record containing copies of all pleadings, motions, orders, and all other filings, organized in chronological order by the date of filing, in accordance with 28 U.S.C. § 1446(a).  *See Exhibit 1, State Court Record.* In addition to being included in the State Court Record, a copy of the operative Complaint is also provided as a separate attachment.  *See Exhibit 2.*

        Respectfully submitted,

        **TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Matthew D. Miller*
     Matthew D. Miller, #21744-49

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served via the CM/ECF system upon registered counsel of record on the 3rd day of November, 2020.

Eric K. Habig
BECK, ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN  47201
ehabig@beckrocker.com

By: */s/ Matthew D. Miller*
Matthew D. Miller, #21744-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
***Mailing Address:***  P. O. Box 64093, St. Paul, MN 55164-0093
DIRECT PH (317) 818-5117
FX (317) 818-5124
mmille22@travelers.com
MDM:km