This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Koch Trucking, Inc. v. Robert E. Warner, Avalon & Tahoe Mfg., Inc.

| | |
|---|---|
| Case Number | 49D12-2010-PL-034459 |
| Court | Marion Superior Court, Civil Division 12 |
| Type | PL - Civil Plenary |
| Filed | 10/01/2020 |
| Status | 10/01/2020 , Pending  (active) |

## Parties to the Case

Defendant   Warner, Robert E.

Address
4591 W. Baker Rd.
Coleman, MI 48618

Attorney
Matthew David Miller
*#2174449, Retained*

TRAVELERS STAFF COUNSEL
P.O.BOX 64093
ST. PAUL, MN 55164-0093
317-818-5117(W)

Defendant   Avalon & Tahoe Mfg., Inc.

Address
903 Michigan Ave.
Alma, MI 48801

Plaintiff      Koch Trucking, Inc.

Attorney
Eric K. Habig
*#2165849, Retained*

320 Franklin Street
Columbus, IN 47201
812-372-8858(W)

## Chronological Case Summary

| 10/01/2020 | **Case Opened as a New Filing** |
|---|---|

| 10/01/2020 | **Appearance Filed** |
|---|---|

Appearance - Eric Habig

| For Party: | Koch Trucking, Inc. |
|---|---|
| File Stamp: | 10/01/2020 |

| 10/01/2020 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint | |
| | Filed By: | Koch Trucking, Inc. |
| | File Stamp: | 10/01/2020 |

| 10/01/2020 | **Subpoena/Summons Filed** | |
| | Summons - Warner | |
| | Filed By: | Koch Trucking, Inc. |
| | File Stamp: | 10/01/2020 |

| 10/01/2020 | **Subpoena/Summons Filed** | |
| | Summons - Avalon & Tahoe | |
| | Filed By: | Koch Trucking, Inc. |
| | File Stamp: | 10/01/2020 |

| 10/05/2020 | **Certificate of Issuance of Summons** | |
| | CIS - Warner | |
| | Filed By: | Koch Trucking, Inc. |
| | File Stamp: | 10/05/2020 |

| 10/05/2020 | **Certificate of Issuance of Summons** | |
| | CIS - Avalon | |
| | Filed By: | Koch Trucking, Inc. |
| | File Stamp: | 10/05/2020 |

| 10/08/2020 | **Certified Mail Returned** | |
| | GREEN CARD SIGNED. | |
| | Party Served: | Avalon & Tahoe Mfg., Inc. |

| 10/21/2020 | **Certified Mail Returned** | |
| | GREEN CARD SIGNED. | |
| | Party Served: | Warner, Robert E. |

| 10/28/2020 | **Appearance Filed** | |
| | Appearance of Matt Miller | |
| | For Party: | Warner, Robert E. |
| | For Party: | Avalon & Tahoe Mfg., Inc. |
| | File Stamp: | 10/28/2020 |

| 10/28/2020 | **Motion for Enlargement of Time Filed** | |
| | Motion for Enlargement of Time to Answer | |
| | Filed By: | Warner, Robert E. |
| | Filed By: | Avalon & Tahoe Mfg., Inc. |
| | File Stamp: | 10/28/2020 |

| 10/28/2020 | **Order Granting Motion for Enlargement of Time** | |
| | to and including 11/27/20. | |
| | Judicial Officer: | Dietrick, Patrick J |
| | Order Signed: | 10/28/2020 |

| 10/29/2020 | **Automated Paper Notice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 10/28/2020 : Avalon & Tahoe Mfg., Inc. | |

10/29/2020    **Automated ENotice Issued to Parties**

Order Granting Motion for Enlargement of Time ---- 10/28/2020 : Eric K. Habig;Matthew David Miller

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Koch Trucking, Inc.

Plaintiff

**Balance Due** (as of 11/03/2020)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2020 | Transaction Assessment | 157.00 |
| 10/01/2020 | Electronic Payment | (157.00) |

| |
|---|
| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |

# IN THE MARION CIRCUIT/SUPERIOR COURT

## STATE OF INDIANA

### CAUSE NO. _____

| | |
|---|---|
| KOCH TRUCKING, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AVALON & TAHOE MFG., INC. and | ) |
| ROBERT E. WARNER, JR., | ) |
|     Defendants. | ) |

### APPEARANCE BY ATTORNEY IN CIVIL CASE

1.  The party on whose behalf this form is being filed is:

    Initiating __X__          Responding ____     Intervening ____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party _____Koch Trucking, Inc._____

2.  Attorney information for service as required by Trial Rule 5(B)(2)

    | | | |
    |---|---|---|
    | Name: | Eric K. Habig | Attorney No. 21658-49 |
    | Address: | BECK ROCKER & HABIG | Phone: (812) 372-8858 |
    | | 320 Franklin Street | FAX:   (812) 378-4732 |
    | | Columbus, IN  47201 | |
    | | Email address:  ehabig@beckrocker.com | |

3. This is a _____PL____ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No__X____

This case involves a petition for involuntary commitment.  Yes ____ No __X_

6.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

7.  There are related cases: Yes _____ No __X___ *(If yes, list on continuation page.)*

8.  Additional information required by local rule:

    _____

9.  There are other party members: Yes _____ No __X___ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes _____ No __X___

    */s/ Eric K. Habig*
    Eric K. Habig

# IN THE MARION CIRCUIT/SUPERIOR COURT

## STATE OF INDIANA

### CAUSE NO. _____

|  |  |
|---|---|
| KOCH TRUCKING, INC., | ) |
|     Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| AVALON & TAHOE MFG., INC. and | ) |
| ROBERT E. WARNER, JR., | ) |
|     Defendants. | ) |

## COMPLAINT AND JURY TRIAL REQUEST

Plaintiff, Koch Trucking, Inc. ("Koch"), by counsel, and for its Complaint against Defendants, Avalon & Tahoe Mfg., Inc. ("ATM") and Robert E. Warner, Jr. ("Warner"), states as follows:

## I.

## PARTIES

1.    Koch is a foreign for-profit corporation organized and existing under the laws of the state of Minnesota, with its principle place of business located at 4200 Dahlberg Dr., Ste. 100, Minneapolis, Minnesota 55422.

2.    Defendant, ATM, is a foreign for-profit corporation organized and existing under the laws of the State of Michigan, with its principal place of business located at 903 Michigan Ave., Alma, Michigan 48801.

3.    Defendant, Warner, is an adult individual and citizen of the State of Michigan who resides and is domiciled at 4591 W. Baker Road, Coleman, Michigan 48618.

4.      The incident occurred on Interstate 69 South at mile marker 200.3 in Indianapolis, Marion County, Indiana.

## II.

## FACTS

5.      On or about October 1, 2018, Michael Biggs, a truck driver for Koch, was operating a commercial tractor-trailer on the ramp connecting I-69 southbound to I-465 southbound at mile marker 200.3 in Indianapolis, Marion County, Indiana.

6.      At that time, Warner, a driver for ATM, was operating a commercial tractor-trailer in the course and scope of his employment for ATM at or near the same location.

7.      Warner carelessly and negligently swerved from the ramp connecting I-69 southbound to I-465 westbound to the I-465 southbound ramp, striking the vehicle being driven by Mr. Biggs.

8.      Warner carelessly and negligently failed to maintain a proper lookout for vehicles traveling on the ramp to I-465 southbound.

9.      Warner carelessly and negligently failed to change, alter, or divert the course of his vehicle so as to avoid crossing into the direct path of the vehicle driven by Mr. Biggs.

10.      Warner carelessly and negligently failed to sound any signal or warning of his approach.

11.      Warner carelessly and negligently failed to restrict his speed as was necessary to avoid causing an accident.

12.      Warner carelessly and negligently turned his vehicle from a direct course without ensuring that the movement could be made with reasonable safety.

13.      Warner carelessly and negligently failed to yield the right-of-way to vehicle driven

by Mr. Biggs.

14.     Warner carelessly and negligently created an undue risk of harm to the vehicle driven by Mr. Biggs.

15.     The tractor trailer being operated by Mr. Biggs was transporting a Wellcraft boat (the "Boat").

16.     The Boat was severely damaged upon impact.

17.     At all relevant times, the Boat was owned by Rec Boat Holdings, LLC ("Rec Boat").

18.     The Boat sustained damage in the amount of $100,000 and was deemed a total loss after the incident.

19.     Koch paid the damages in full to Rec Boat and received an assignment of all rights to its claim regarding the Boat from Rec Boat.

20.     As a direct and proximate consequence of Warner's negligent, careless, wanton, outrageous, and reckless conduct, Koch suffered damages totaling $100,000.

### III.

### CAUSES OF ACTION

### Count 1

### Negligence of Warner

21.     Paragraphs 1-20 are incorporated herein by reference thereto.

22.     The incident and all damages set forth herein suffered by Koch are the direct and proximate result of the negligent, careless, wanton, outrageous, and reckless conduct of Warner, as set forth above and as follows:

    a.   Swerving into and striking the vehicle operated by Mr. Biggs;

    b.   In failing to maintain a proper lookout for vehicles traveling on the ramp to I-465 southbound;

    c.   In failing to change, alter, or divert the course of his vehicle so as to avoid crossing into the direct path of Mr. Biggs;

    d.   In failing to sound any signal or warning of his approach;

    e.   In failing to restrict his speed as was necessary to avoid causing an accident;

    f.   In turning his vehicle from a direct course without ensuring that the movement could be made with reasonable safety;

    g.   In failing to yield the right-of-way to Mr. Biggs; and

    h.   In creating an undue risk of harm to Mr. Biggs and Koch.

23.     As a direct and proximate result of the negligent, careless, wanton, outrageous, and reckless acts and omissions of Warner, Koch sustained damages totaling $100,000.

## Count 2

### Negligence of Avalon & Tahoe Mfg., Inc.

24.     Paragraphs 1-23 are incorporated herein by reference thereto.

25.     The incident and all the injuries and damages set forth herein suffered by Koch are the direct and proximate result of ATM's vicarious liability under the doctrine of *respondeat superior* for the negligent, careless, wanton, outrageous, and reckless conduct of Warner, as set forth above and as follows:

    a.   Swerving into and striking the vehicle operated by Mr. Biggs;

    b.   In failing to maintain a proper lookout for vehicles traveling on the ramp to I-465 southbound;

    c.   In failing to change, alter, or divert the course of his vehicle so as to avoid

crossing into the direct path of Mr. Biggs;

    d.   In failing to sound any signal or warning of his approach;

    e.   In failing to restrict his speed as was necessary to avoid causing an accident;

    f.   In turning his vehicle from a direct course without ensuring that the movement could be made with reasonable safety;

    g.   In failing to yield the right-of-way to Mr. Biggs; and

    h.   In creating an undue risk of harm to Mr. Biggs and Koch.

WHEREFORE, Plaintiff, Koch Trucking, prays for judgment against the Defendants in principal sum of $100,000, together with costs of this action, pre-judgment interest in the amount of 8% per annum, and for all other just and proper relief in the premises.

## IV.

## <u>JURY TRIAL REQUEST</u>

Plaintiff, by counsel, request that this case be tried by jury.

Respectfully submitted,

*/s/ Eric K. Habig*
Eric K. Habig, #21658-49
BECK ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN 47201
ehabig@beckrocker.com
812-372-8858

# IN THE MARION CIRCUIT/SUPERIOR COURT

## STATE OF INDIANA

### CAUSE NO. _____

| | |
|---|---|
| KOCH TRUCKING, INC., | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| AVALON & TAHOE MFG., INC. and | ) |
| ROBERT E. WARNER, JR., | ) |
|     **Defendants.** | ) |

## S U M M O N S

TO Defendant:      Robert E. Warner, Jr.
                    4591 W. Baker Rd.
                    Coleman, MI  48618

You are hereby notified that you have been sued by the person(s) named as Plaintiff in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing must be filed in Court either by you or your attorney within twenty (20) days, commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail) or a Judgment by Default may be rendered against you for the relief demanded by the Plaintiff.  Your written answer must comply with and be in the form prescribed by the Indiana Rules of Civil Procedure and the rules of the trial Court.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated    10/1/2020                      _Myla A. Eldridge_
                                       Clerk, Marion Circuit/Superior Court

**(The following manner of service of summons is hereby designated.)**

   X   Registered or certified mail

Eric K. Habig, #21658-49
BECK ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN  47201
(812) 372-8858



# IN THE MARION CIRCUIT/SUPERIOR COURT

## STATE OF INDIANA

### CAUSE NO. _____

| | |
|---|---|
| KOCH TRUCKING, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AVALON & TAHOE MFG., INC. and | ) |
| ROBERT E. WARNER, JR., | ) |
|     Defendants. | ) |

### S U M M O N S

TO Defendant:    Avalon & Tahoe Mfg., Inc.
c/o: R/A James Wolf
903 Michigan Ave.
Alma, MI  48801

You are hereby notified that you have been sued by the person(s) named as Plaintiff in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing must be filed in Court either by you or your attorney within twenty (20) days, commencing the day after you receive this summons (or twenty-three (23) days if this summons was received by mail) or a Judgment by Default may be rendered against you for the relief demanded by the Plaintiff.  Your written answer must comply with and be in the form prescribed by the Indiana Rules of Civil Procedure and the rules of the trial Court.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

10/1/2020
Dated _____        *Myla A. Eldridge*
_____
Clerk, Marion Circuit/Superior Court

**(The following manner of service of summons is hereby designated.)**

  X   Registered or certified mail

Eric K. Habig, #21658-49
BECK ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN  47201
(812) 372-8858



Filed: 10/5/2020 11:26 AM
Clerk
Marion County, Indiana

## IN THE MARION SUPERIOR COURT 13

## STATE OF INDIANA

### CAUSE NO. 49D12-2010-PL-034459

| | |
|---|---|
| KOCH TRUCKING, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AVALON & TAHOE MFG., INC. and | ) |
| ROBERT E. WARNER, JR., | ) |
|     Defendants. | ) |

### <u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the following address as indicated:

To Defendant:    Avalon & Tahoe Mfg., Inc.
                   c/o: R/A James Wolf
                   903 Michigan Ave.
                   Alma, MI  48801

**Service was attempted by:**

Certified or Registered Mail (return card addressed to Marion Co. Clerk.)

Tracking Number:    7019 1640 0000 1277 9808

Date Mailed:        10/01/20

Place of mailing:    Columbus, Indiana

Date:   <u>October 5, 2020</u>

By: <u>    /s/   Eric K. Habig         </u>
Eric K. Habig, # 21658-49

Eric K. Habig
BECK ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN 47201
812-372-8858
ehabig@beckrocker.com

# IN THE MARION SUPERIOR COURT 13

## STATE OF INDIANA

### CAUSE NO. 49D12-2010-PL-034459

| | |
|---|---|
| KOCH TRUCKING, INC., | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AVALON & TAHOE MFG., INC. and | ) |
| ROBERT E. WARNER, JR., | ) |
|       Defendants. | ) |

## <u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

I hereby affirm that pursuant to Indiana Rules of Trial Procedure I have attempted service on the following person at the following address as indicated:

To Defendant:   Robert E. Warner, Jr.
                   4591 W. Baker Rd.
                   Coleman, MI  48618

**Service was attempted by:**

Certified or Registered Mail (return card addressed to Marion Co. Clerk.)

Tracking Number:   7019 1640 0000 1277 9815

Date Mailed:        10/01/20

Place of mailing:     Columbus, Indiana

Date:  <u>October 5, 2020</u>

                                       By:<u>   /s/  Eric K. Habig          </u>
                                       Eric K. Habig, #21658-49

Eric K. Habig
BECK ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN 47201
812-372-8858
ehabig@beckrocker.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Avalon & Tahoe Mfg., Inc.
c/o: R/A James Wolf
903 Michigan Ave
Alma, MI 48801



9590 9402 3348 7227 0172 99

2. Article Number (Transfer from service label)

7019 1640 0000 1277 9808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X C. Delong  01005  CO-19   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   Avalon

C. Date of Delivery   10/5/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



USPS TRACKING #

GRAND RAPIDS MI 49

5 OCT 2020 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3348 7227 0172 99

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion Co. Clerk
200 E. Washington St., #W-122
Indianapolis, IN 46204

Cause No. 49D12-2010-PL-034459

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



Robert E. Warner, Jr.
4591 W. Baker Rd.
Coleman, MI 48618

9590 9402 3348 7227 0172 82

2. Article Number (Transfer from service label)

7019 1640 0000 1277 9815

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ALY8618CO19

☑ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

10-06-20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING #

METROPLEX MI 480

6 OCT 2020 PM 16 L

9590 9402 3348 7227 0172 82

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion Co. Clerk
200 E. Washington St., #W-122
Indianapolis, IN 46204

Cause No. 49D12-2010-PL-034459

4-347832

Filed: 10/28/2020 1:43 AM
Clerk
Marion County, Indiana

STATE OF INDIANA     )        IN THE MARION SUPERIOR COURT 12
                          ) SS:
COUNTY OF MARION     )        CAUSE NO.  49D12-2010-PL-034459

KOCH TRUCKING, INC.         )
                                   )
                Plaintiff,        )
                                   )
       v.                          )
                                   )
AVALON & TAHOE MFG., INC. AND   )
ROBERT E. WARNER, JR.         )
                                   )
              Defendants.      )

## APPEARANCE FORM (CIVIL)
Responding Party

**Case Number:**    49D12-2010-PL-034459

/ / Check if *Pro Se*

The undersigned attorney and all attorneys listed on this form now appear in this case for the following:

1.    AVALON & TAHOE MFG., INC. AND ROBERT E. WARNER, JR.
               Name or names of responding party or parties.

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

      Matthew D. Miller             Attorney Number:  21744-49
      **TRAVELERS STAFF COUNSEL**    E-Mail:  mmille22@travelers.com
      P.O. Box 64093                Phone:  317-818-5100
      St. Paul, MN  55164-0093        FAX:   317-818-5124
      *(MAILING ADDRESS)*

3.    There are other party members:  Yes _____      No _____X_____

4.    If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):_____

5.    I will accept service by FAX at the above noted number:  Yes ___ No X

6.      This case involves support issues: Yes ___ No___X

7.      There are related cases:  Yes ___ No_X

8.      This form has been served on all other parties.  Certificate of Service attached.

9.      Additional information required by local rule:

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:_____

Matthew D. Miller, #21744-49

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 28th day of October, 2020, a copy of this document was filed electronically, with a copy served electronically via the Court's system upon registered counsel of record as follows:

Eric K. Habig
BECK ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN  47201
ehabig@beckrocker.com

By: _____

Matthew D. Miller, #21744-49

*(MAILING ADDRESS)*
***Travelers Staff Counsel Indiana***
P.O. Box 64093
St. Paul, MN  55164-0093
Telephone:  (317) 818-5100
Fax:  (317) 818-5124
mmille22@travelers.com
MDM/km

Filed: 10/28/2020 1:43 AM
Clerk
Marion County, Indiana

STATE OF INDIANA )   IN THE MARION SUPERIOR COURT 12
       ) SS:
COUNTY OF MARION )   CAUSE NO.  49D12-2010-PL-034459


KOCH TRUCKING, INC.     )
           )
     Plaintiff,   )
           )
  v.         )
           )
AVALON & TAHOE MFG., INC. AND )
ROBERT E. WARNER, JR.    )
           )
     Defendants.  )

### MOTION FOR ENLARGEMENT OF TIME

   Come now the Defendants, Avalon & Tahoe, Mfg., Inc., and Robert E. Warner, Jr., by counsel, and would respectfully move the Court for an enlargement of time pursuant to Ind. Trial Rule 6(B)(1) and Marion County Local Rule 5.1(D) and would show the Court:

   1.  That a response to Plaintiff's Complaint is due on October 28, 2020, and that said time has not expired.

   2.  That no prior enlargements have been requested.

   3.  That said enlargement of time would expire on **November 27. 2020**.

   4.  That such enlargement of time is necessary so that the attorney for the Defendants will be able to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

   WHEREFORE, the Defendants, would respectfully pray for an enlargement of time to respond to Plaintiff's Complaint, and for all other just and proper relief in the premises.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: _____
         Matthew D. Miller, #21744-49


## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of October, 2020, a copy of
this document was filed electronically, with a copy served electronically via the
Court's system upon registered counsel of record as follows:

> Eric K. Habig
> BECK ROCKER & HABIG, P.C.
> 320 Franklin Street
> Columbus, IN  47201
> ehabig@beckrocker.com

By: _____
       Matthew D. Miller, #21744-49

*(MAILING ADDRESS)*
***Travelers Staff Counsel Indiana***
P.O. Box 64093
St. Paul, MN  55164-0093
Telephone:  (317) 818-5100
Fax:  (317) 818-5124
mmille22@travelers.com
MDM/km

| STATE OF INDIANA | ) | | IN THE MARION SUPERIOR COURT 12 |
|---|---|---|---|
| | ) SS: | | |
| COUNTY OF MARION | ) | | CAUSE NO.  49D12-2010-PL-034459 |

KOCH TRUCKING, INC.           )

              Plaintiff,     )

           v.             )

AVALON & TAHOE MFG., INC. AND  )
ROBERT E. WARNER, JR.        )

           Defendants.   )

**F I L E D**

October 28, 2020
CLERK OF THE COURT
MARION COUNTY
BM

## <u>ORDER ENLARGING TIME TO ANSWER</u>

The Court, having reviewed the Motion for Enlargement of Time filed by the Defendants, Avalon & Tahoe MFG., Inc., and Robert E. Warner, Jr. and being duly advised in the premises, now GRANTS said Motion.

IT IS THEREFORE ORDERED that the time within which the Defendants are required to respond to the Plaintiff's Complaint, is enlarged to and including **<u>November 27, 2020</u>**.

Date: _<u>October 28, 2020</u>_

_____
Judge, Marion Superior Court 12

Copies To:
Matthew D. Miller/TRAVELERS STAFF COUNSEL/ mmille22@travelers.com
Eric K. Habig/BECK ROCKER & HABIG, P.C./ ehabig@beckrocker.com

STATE OF INDIANA     )        IN THE MARION SUPERIOR COURT 12
                 ) SS:
COUNTY OF MARION   )        CAUSE NO.  49D12-2010-PL-034459


KOCH TRUCKING, INC.     )
                 )
         Plaintiff,    )
                 )
   v.              )
                 )
AVALON & TAHOE MFG., INC. AND )
ROBERT E. WARNER, JR.   )
                 )
        Defendants.   )

## <u>ORDER ENLARGING TIME TO ANSWER</u>

The Court, having reviewed the Motion for Enlargement of Time filed by the Defendants, Avalon & Tahoe MFG., Inc., and Robert E. Warner, Jr. and being duly advised in the premises, now GRANTS said Motion.

IT IS THEREFORE ORDERED that the time within which the Defendants are required to respond to the Plaintiff's Complaint, is enlarged to and including **<u>November 27, 2020</u>**.


Date: _____          _____
                             Judge, Marion Superior Court 12

Copies To:
Matthew D. Miller/TRAVELERS STAFF COUNSEL/ mmille22@travelers.com
Eric K. Habig/BECK ROCKER & HABIG, P.C./ ehabig@beckrocker.com

STATE OF INDIANA      )          IN THE MARION SUPERIOR COURT 12
                         ) SS:
COUNTY OF MARION     )          CAUSE NO.  49D12-2010-PL-034459


KOCH TRUCKING, INC.       )
                         )
            Plaintiff,     )
                         )
     v.                 )
                         )
AVALON & TAHOE MFG., INC. AND )
ROBERT E. WARNER, JR.      )
                         )
           Defendants.   )

## **NOTICE OF DEFENDANTS' REMOVAL OF CAUSE TO FEDERAL COURT**

Defendants, Avalon & Tahoe Mfg., Inc., and Robert E. Warner, Jr., by counsel, hereby provide notice of the removal of this cause from the Marion Superior Court 12 to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(d), the Marion Superior Court is deprived of jurisdiction and shall undertake no further proceedings with respect to this cause.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By:_____

Matthew D. Miller, #21744-49

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of November, 2020, a copy of this document was filed electronically, with a copy served electronically via the Court's system upon registered counsel of record as follows:

Eric K. Habig
BECK ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN  47201
ehabig@beckrocker.com

By:_____

Matthew D. Miller, #21744-49

*(MAILING ADDRESS)*
***Travelers Staff Counsel Indiana***
P.O. Box 64093
St. Paul, MN  55164-0093
Telephone:  (317) 818-5100
Fax:  (317) 818-5124
mmille22@travelers.com
MDM/km

**Matthias, Kimberlei**

---

| | |
|---|---|
| **From:** | efilingmail@tylerhost.net |
| **Sent:** | Tuesday, November 3, 2020 3:33 AM |
| **To:** | Matthias, Kimberlei |
| **Subject:** | [External] Notice of electronic filing for Case: 49D12-2010-PL-034459; Koch Trucking, Inc. v.Robert E. Warner,Avalon & Tahoe Mfg., Inc.; Envelope Number:  13995867 |

***External Sender - Please Exercise Caution****

# Notice of Electronic Filing

Service Provider: Tyler Technologies Odyssey
File and Serve Need Help?
Email: efiling.support@tylertech.com

Envelope Number: 13995867
Case Number: 49D12-2010-PL-034459
Case Style: Koch Trucking, Inc. v.Robert E.
Warner,Avalon & Tahoe Mfg., Inc.

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Marion Superior Court, Civil Division 12 |
| **Date/Time Submitted** | 11/3/2020 3:32 AM EST |
| **Filing Type** | Motion |
| **Filing Description** | Notice of Defendant's Removal of Cause to Federal Court |
| **Type of Filing** | EFileAndServe |
| **Filed By** | KImberlei Matthias |
| **Filing Attorney** | Matthew Miller |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay. |
| If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |
| Waiver Selected<br>Case Fees   $0.00<br>Motion        $0.00<br>Grand Total $0.00 |
| **Total:**$0.00 |

| Document Details | |
|---|---|
| **Lead Document** | Removal Notice - State Court - KOCH V AVALON ETAL.pdf |
| **Lead Document Page Count** | 2 |
| **File Copy** | [Download Document](Download Document) |
| This link is active for 45 days. | |



For more information on e-filing in Indiana visit courts.in.gov/efile. There you will find answers to frequently asked questions, the E-filing User Guide, and tutorials and infographics to help guide you.

Indiana Supreme Court
Office of Judicial Administration

**Please do not reply to this email. It was automatically generated.**