UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| KOCH TRUCKING, INC.,                    ) | |
|     Plaintiff,                              ) | |
|                                                     ) | |
| v.                                                      ) | Case No. 1:20-cv-2866-TWP-DML |
|                                                     ) | |
| AVALON & TAHOE MFG., INC. and  ) | |
| ROBERT E. WARNER, JR.,             ) | |
|     Defendants.                          ) | |

**STIPULATION OF DISMISSAL**

The parties, by counsel, stipulate to the dismissal of the above captioned cause with prejudice, costs paid.

Respectfully submitted,                                        Respectfully submitted,


/s/ *Eric K. Habig*                                                  /s/ *Matthew D. Miller*
Eric K. Habig, #21658-49                                    Matthew D. Miller, #21744-49
Beck Rocker & Habig, P.C.                                 280 East 96th Street, Suite 325
320 Franklin Street                                              Indianapolis, IN 46240
Columbus, Indiana 47201                                   *Mailing Address:*
Telephone: (812) 372-8858                                P.O. Box 64093
Facsimile: (812) 378-4732                                  St. Paul, MN 5564-0093
E-Mail: ehabig@beckrocker.com                     Direct Phone (317) 818-5117
*Counsel for Plaintiff*                                           mmille22@travelers.com
                                                                              *Counsel for Defendants*