UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| KOCH TRUCKING, INC., <br>     Plaintiff, <br><br> v. <br><br> AVALON & TAHOE MFG., INC. and <br> ROBERT E. WARNER, JR., <br>     Defendants. | Case No. 1:20-cv-2866-TWP-DML |

## ORDER

Come now Plaintiff, by counsel, and Defendant, by counsel, and stipulate to the dismissal of the above-entitled cause with prejudice, costs paid.

**IT IS, THEREFORE, ORDERED, ADJUGED, AND DECREED** that this case be dismissed with prejudice, costs paid.

Date: 3/25/2021

*Tanya Walton Pratt*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF